[No. 31317-7-I.   Division One.   December 30, 1993.]

JOHN McDANIEL, *Appellant*, v. RAINIER BANK OF OREGON,
N.A., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-20223-1, Charles W. Mertel, J., entered July
24, 1992. *Affirmed in part* and *reversed in part* by unpub-

lished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Coleman, J.